THOMAS M. ENDICOTT
x8664
12/8/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

_ _ 2017

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No. |
| Plaintiff, | ) | |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| | ) | Title 8, USC 1324(a)(1)(A)(ii) |
| | ) | Transportation of Certain Aliens for Financial Gain |
| Sergio VILLAREAL, | ) | **17MJ4661** |
| Defendant. | ) | |

The undersigned complainant being, duly sworn, states:

On or about December 7, 2017, within the Southern District of California, defendant Sergio VILLAREAL, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Brenda Rubi HUERTA-Lopez, Leobardo VICENTE-Vazquez, C.B.G. (a juvenile) and D.L.V. (a juvenile), had come to, entered and remained in the United States in violation of law, did knowingly transport and move, said aliens within the United States in furtherance of such violation of law, and which was done for the purpose of commercial advantage or private financial gain; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Joseph E. Wolchko
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS 8th DAY OF December, 2017.

KAREN S. CRAWFORD
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Sergio VILLAREAL

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that Brenda Rubi HUERTA-Lopez, Leobardo VICENTE-Vazquez, C.B.G. (a juvenile) and D.L.V. (a juvenile), are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On December 7, 2017, Border Patrol Agent P. Kader was performing assigned duties in the Campo Border Patrol Station's area of responsibility. Agent Kader was in plain clothes with his Border Patrol badge visible and operating an unmarked agency vehicle.

At approximately 10:30 PM, Agent Kader was observing westbound traffic on the Interstate 8, near the Crestwood Road Exit located in Boulevard, California. As Agent Kader observed traffic from the median, a Silver Ford Fusion slowed down significantly as it passed his location. Agent Kader was able to notice several silhouettes of people in the back seat, and he observed the people lean over in an unnatural position, as if attempting to conceal themselves below the window frame. Agent Kader then positioned himself behind the vehicle in order to further investigate. As he closed the distance between himself and the Ford Fusion, he observed the vehicle brake abruptly and switch lanes. As Agent Kader continued to follow the vehicle, the driver switched lanes multiple times, sped up, and decelerated at times below sixty miles per hour. This driving behavior continued for several miles. Upon approaching the Kitchen Creek Road Exit, the driver appeared to begin to exit the freeway. However, at the last moment, the driver veered back onto the freeway. Agent Kader recognized this driving behavior as a common tactic used by human smugglers if they believe they are being followed by law enforcement. Agent Kader contacted San Diego Sector Communications via his agency radio to request record checks on the vehicle. Dispatch informed Agent Kader that the vehicle was registered to out of Hesperia, California, with a Release of Liability to Camex Auto Sales out of Los Angeles, California. Due to Agent Kader's observations, driving behavior and record checks, he informed dispatch that he would be attempting a vehicle stop on the Silver Ford Fusion.

At approximately 10:44 PM, Agent Kader initiated a vehicle stop on the Silver Ford Fusion on the Interstate 8 westbound lanes at the Buckman Springs Exit. The vehicle yielded. This location is approximately ten miles east of the Tecate, California Port of Entry and approximately twelve miles north of the United States/Mexico International Boundary. As

**CONTINUATION OF COMPLAINT:**
Sergio VILLAREAL

Agent Kader approached the vehicle from the driver's side, he observed three individuals leaned over towards the passenger side of the vehicle and an additional individual in the front passenger seat. Agent Kader identified himself as a United States Border Patrol agent and conducted an immigration inspection of the vehicle's occupants. The driver of the vehicle, later identified as the defendant Sergio VILLAREAL, stated he was a United States Citizen. The passengers of the vehicle, later identified as material witnesses Brenda Rubi HUERTA-Lopez, Leobardo VICENTE-Vazquez, C.B.G. (a juvenile), and D.L.V. (a juvenile), stated they are citizens of Mexico without any immigration documents that would allow them to enter or remain in the United States legally. At approximately 10:50 PM, Agent Kader placed VILLAREAL, HUERTA, VICENTE, C.B.G. (a juvenile), and D.L.V. (a juvenile) under arrest.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. VILLAREAL stated that a man he knows as "Gil" is involved in smuggling activities and that he gave him a cell phone as means of communication to offer him jobs that involved smuggling illegal aliens. VILLAREAL stated he received a text message from Gil with instructions to pick up a silver Ford Fusion near a park. VILLAREAL stated the keys to the vehicle were already inside the vehicle's center console. After waiting for approximately forty minutes, a red Ford Expedition showed up and dropped off four subjects. VILLAREAL stated that he had an idea the subjects were illegally present in the United States because Gil was coordinating their movements. After he had the four individuals in the vehicle, VILLAREAL parked at a Motel 6 parking lot. Gil contacted him and told him that he had already sent someone to check the status of the Border Patrol checkpoint and that the highway was clear for him to transport the illegals. VILLAREAL stated that he started traveling westbound on Interstate 8 (I-8) to transport the subjects to the Main Place Mall in Santa Ana, California. VILLAREAL stated that he knew he was being followed by law enforcement and felt scared because he knew he was actively participating in a criminal activity. VILLAREAL claims that that Gil makes him engage in smuggling without getting anything in return in order to repay him for snitching on him.

Material Witnesses Brenda Rubi HUERTA-Lopez, Leobardo VICENTE-Vazquez, C.B.G. (a juvenile) and D.L.V. (a juvenile) stated they are citizens of Mexico illegally present in the United States. They stated that they did not have any immigration documents which would allow them to enter or remain in the United States legally. HUERTA and D.L.V. (a juvenile) stated they were going to pay between $6,000 to $6,500 USD to be smuggled into the United States. When presented with a photographic lineup, only one material witness, C.B.G. (a juvenile), positively identified Sergio VILLAREAL as the driver.